# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 21-7105

JAMES ARTHUR BIGGINS,

       Plaintiff - Appellant,

    v.

MARYLAND DISTRICT COURT #2-3 D.C.; WICOMICO COUNTY DETENTION CENTER,

       Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:99-cv-00476-PJM)

Submitted: November 18, 2021           Decided: November 22, 2021

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Arthur Biggins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Arthur Biggins appeals the district court's orders denying his motion to reopen his closed civil case and Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. *See, e.g.*, *Robinson v. Wix Filtration Corp., LLC*, 599 F.3d 403, 407 (4th Cir. 2010) (noting this court reviews orders denying reconsideration for abuse of discretion). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*